ACCEPTED
06-15-00074-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/26/2015 3:06:53 PM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-15-00074-CR AND
06-15-00075-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/26/2015 3:06:53 PM
DEBBIE AUTREY
Clerk

_____

GLENN EDWIN RUNDLES, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 25636 & 25637;
HONORABLE BILL HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF

_____

Gary D. Young
Lamar County and District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-15-00074-CR AND 06-15-00075-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA
_____

GLENN EDWIN RUNDLES, Appellant

V.

THE STATE OF TEXAS, Appellee
_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 25636 & 25367;
HONORABLE BILL HARRIS, JUDGE
_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF
_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellee's (State's) Brief upon

2

good cause shown below.

## I.

On or about September 24, 2015, the appellant (Glenn Edwin Rundles) filed his brief in the above-styled and numbered cause. The appellee's (State's) brief is due on or before October 26, 2015.

This motion to extend time seeks an additional thirty (30) days for the State to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas in cause numbers 25636 and 25637.

## III.

On or about May 11, 2015, the appellant (Glenn Edwin Rundles) filed his notice of appeal in this Court. By electronic filing or about June 18, 2015, the District Clerk of Lamar County filed the Clerk's Record. The official court reporter filed the Reporter's Record on or about along with the exhibits on or about July 10, 2015.

The appellant filed his first motion to extend time to file his brief, which this Court granted on or about August 6, 2015. The appellant filed his second motion to extend time to file his brief, which this Court granted on or about September 15, 2015. The appellant then filed his brief on

September 24, 2015.

IV.

Since the filing of the appellant's brief on September 24th, counsel for the appellee (State) had Grand Jury on October 8, 2015 and criminal dockets, including several MTR/MTAG hearings on October 9, 2015. Beginning on the week of October 19th, counsel for the appellee (State) had hearings and a plea-bargain docket on motions to revoke/adjudicate in the 6th Judicial District Court of Lamar County and arraignments/pre-trial dockets on October 20, 2015. Further a jury panel came in on October 21, 2015 for trial docket. Also on October 21, 2015, counsel for the appellee (State) had a Motion to Reduce Bond hearing in case numbered 26267 styled *The State of Texas v. Carlos Bowden* in the 6th District Court of Lamar County.

In addition to the criminal docket above, counsel for the appellee (State) was preparing and completing answers to writ styled Ex Parte: Charles Cox, Sr., Applicant – Cause No. 17501 HC-1 and Ex Parte: Jordan Toler, Applicant – Cause No. 24629 HC-1 which are due October 28, 2015.

Due to these circumstances, counsel for the appellee (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time

is extended another thirty (30) days to November 25, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. As the appellee, the State requests that an extension of time until November 30, 2015, because November 26 falls on the Thanksgiving holiday, be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before November 30, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
      Gary D. Young, County Attorney
      SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS     §
              §
COUNTY OF LAMAR  §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

6

STATE OF TEXAS §
COUNTY OF LAMAR §

Subscribed and sworn to before me by Gary D. Young on this the 26th day of October, 2015, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 26th day of October, 2015 upon the following:

Don Biard
38 1st N.W.
Paris, Texas    75460
dbiard@att.net

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us